IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02383-WYD-BNB

NATIONAL SERVICING AND ADMINISTRATION, LLC, a Minnesota limited liability company,

Plaintiff,

v.

PROJECT DISBURSEMENT GROUP, INC., a Nevada corporation, and
ARCHITECTS STUDIO, LLC, a New Mexico limited liability company,

Defendants.

_____

**ORDER**
_____

On September 9, 2010, this action was removed to this court from the District Court of Las Animas County, Colorado. The Notice of Removal was filed by defendant Project Disbursement Group, Inc ("Project Disbursement"). The co-defendant has failed to join in the removal. Consequently, on October 1, 2010, Project Disbursement moved to remand the case to the state court.

On October 15, 2010, I entered an order setting the case for a scheduling conference to occur on December 1, 2010. In view of the pending motion to remand,

IT IS ORDERED that:

(1) The scheduling conference set for December 1, 2010, at 9:30 a.m., and all related deadlines are VACATED, pending a ruling on the motion to remand; and

(2)     Project Disbursement shall file a status report within 10 days of any ruling by the district judge disposing of the motion to remand, notifying me of the ruling and informing me of the pretrial matters, if any, which should be scheduled in this court.

Dated November 5, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge