IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02383-WYD-BNB

NATIONAL SERVICING AND ADMINISTRATION, LLC, a Minnesota Limited Liability Company,

    Plaintiff,

v.

PROJECT DISBURSEMENT GROUP, INC., a Nevada Corporation; and
ARCHITECTS STUDIO, LLC, a New Mexico Limited Liability Company,

    Defendants.

## ORDER OF REMAND

    THIS MATTER is before the Court on Defendant Project Disbursement Group, Inc.'s Motion to Remand filed October 1, 2010.  The motion asserts that the co-Defendant in this case, Architects Studio, LLC, did not timely file a consent to the removal of this case from state court.  Accordingly, Project Disbursement Group, Inc. acknowledges that the Notice for Removal is procedurally defective and seeks a remand of this case pursuant to 28 U.S.C. § 1447(c).

    I agree that a remand is appropriate, as the removal statute requires all served defendants to join in the removal or consent to the removal petition within thirty days of service, commencing when the first defendant is served.  *Scheall v. Ingram*, 930 F. Supp 1448, 1449 (D. Colo. 1996) (citation omitted).  Since Defendant Architects Studio, LLC did not join in or consent to the removal within thirty days of service, the removal was improper. Accordingly, it is

ORDERED that the Motion to Remand (ECF No. 6 filed October 1, 2010) is **GRANTED**. The Clerk of Court shall remand this case to the District Court, Las Animas County, State of Colorado.

Dated: November 8, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge